UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| EDWARD KAZIEV AND ESTER ARONOVA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILIARLY SITUATED, | } } } } | |
| Plaintiff, | } } | Civil Action, File No. 2:17-cv-02522-JS-GRB |
| v | } } | |
| CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES, | } } } | |
| Defendant. | } | |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants with each party to bear its own costs and attorney's fees.


/s/*Mitchell L. Pashkin, Esq.*_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.**

By: /s/ *Joseph A. Hess, Esq.*
Joseph A. Hess, Esq.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6438
Jahess@mdwcg.com
*Attorneys for Defendants*