UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED**
**CLERK**

6/8/2018 2:33 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

EDWARD KAZIEV AND ESTER ARONOVA,
ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILIARLY SITUATED,

                  Plaintiff,

v

CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES,

                  Defendant.

ORDER

Civil Action, File No.
2:17-cv-02522-JS-GRB

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its own costs and attorney's fees.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.

By: /s/ Joseph A. Hess, Esq.
Joseph A. Hess, Esq.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6438
Jahess@mdwcg.com
*Attorneys for Defendants*

The Clerk of the Court is directed to mark the case CLOSED.

SO ORDERED:
    JOANNA SEYBERT
/s/
Joanna Seybert, USDJ
Dated: June 8, 2018
Central Islip, NY